| **FORM B1** | **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|---|
| | Middle **District of** Florida | |

| Name of Debtor (if individual, enter Last, First, Middle) <br> Holliday, Heather | Name of Joint Debtor (Spouse) (Last, First, Middle) <br> None |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden and trade names) <br> Heather Haynes Hill | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden and trade names) |
| Soc Sec. Tax I D No (if more than one, state all) <br> 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   None | Soc Sec./Tax I.D No (if more than one state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code) <br> 1689 Westcott St SE <br> Palm Bay, FL 32909 | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the Principal Place of Business   Brevard | County of Residence or of the Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |

| Location of Principal Assets of Business Debtor (if different from street address above) <br> (321) 723-4322 |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate general partner or partnership pending in this District

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☑ Individual(s)   ☐ Railroad <br> ☐ Corporation   ☐ Stockbroker <br> ☐ Partnership   ☐ Commodity Broker <br> ☐ Other _____ | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 <br> ☐ Chapter 9   ☐ Chapter 12 <br> ☐ Sec 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☑ Consumer Non-Business   ☐ Business | ☑ Full Filing Fee attached <br> ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form No 3 |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U S C § 101
- ☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors <br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#982282

#209 MW

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s) |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed      None | Case Number | Date Filed  **Holliday, Hea** |
|---|---|---|

ther

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor     None | Case Number | Date Filed |
|---|---|---|
| District | Relationship | Judge |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _Heather Holliday_
Signature of Debtor

X _____
Signature of Joint Debtor
(321) 723-4322
Telephone Number (if not represented by attorney)
3-26-04
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110 that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

Express Legal Services, Inc. by Candice L. Miravalle, Pres
Printed Name of Bankruptcy Petition Preparer

592847502/387640184
Social Security Number

129 W. HIbiscus Blvd., Melbourne FL 32901
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

3-26-04
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C §110, 18 U S C §156

Holliday, Heather
1689 Westcott St SE
Palm Bay, FL 32909

First Consumer
% Risk Mgmt Altern
PO Box 105431
Atlanta, GA 30348


None

First Consumer
% Westmoreland Agency
PO Box 85523
Richmonda,VA 23286-9410


First Premier Bank
% Arrow Financial Serv
5996 W. Touhy Ave
Niles, IL 60714


Tax Collector
1515 Sarno Ave.
Melbourne, FL 32935

First Premier Bank
900 W. Delaware
SiouxFalls, SD 57104


Household Bank
% Midland Credit Mgmt
5775 Roscoe Ct.
San Diego, CA 92123-1356


American Express
% Bruce E. Wagner, PA
PO Box 101175
Ft. Laud, FL 33310-1175

Household Bank
PO Box 88000
Baltimore, MD
21288-0001


Capital One MC
% Capital One Bank
11011 W. Broad St.
GlenAllen,VA 23060-5937

Midland Credit Mgmt
% Hayt, Hayt & Landau
7765 SW 87th Ave #101
Miami, FL 33173


Capital One VISA
% Capital One Bank
11011 W. Broad St.
GlenAllen,VA 23060-5937

Mortgage America
PO Box 43500
Birmingham, AL
35243-0500


Capital One VISA
% NCO Financial Sys
PO Box 41567
Phil, PA 19101

Southern Capital Corp
PO Box 361277
Melbourne, FL 32936


3/26/04          Heather H Holliday

# United States Bankruptcy Court

District of

In re **Holliday, Heather** ,
Debtor

Case No _____
(If known)

**None**
Joint Debtor (If any)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A  B, D, E, F  I  and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor s assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor s liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO  OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 90000.00 | | |
| B - Personal Property | Yes | 3 | $ 2725.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 76343.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 19700.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1896.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 1907.00 |
| Total Number of Sheets of ALL Schedules ▶ | | 14 | | | |
| Total Assets ▶ | | | $ 92725.00 | | |
| Total Liabilities ▶ | | | | $ 96043.00 | |

In re ___Holliday, Heather___                    Case No _____
                                                                    (If known)

# SCHEDULE A—REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community" If the debtor holds no interest in real property, write "None" under "Description and Location of Property"

Do not include interests in executory contracts and unexpired leases on this schedule  List them in Schedule G—Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  See Schedule D If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST, IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1689 Westcott St SE Palm Bay, FL 32909 | Tenancy by entireties with Husband Leo M. Holliday | | 90,000.00 | 70,000.00 |

                                                    Total ▶ | $ 90,000.00
                                                    (Report also on Summary of Schedules )

In re   Holliday, Heather        Case No _____
                                                          (If known)

# SCHEDULE B—PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G—Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | XX | | | 0.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | XX | Washington Mutual      Acct #3513716445 | | 0.00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | XX | | | 0.00 |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | Misc household goods, furniture & furnishings | | 200.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles | XX | | | 0.00 |
| 6  Wearing apparel | | Misc wearing apparel | | 100.00 |
| 7  Furs and jewelry | XX | | | 0.00 |
| 8  Firearms and sports, photographic, and other hobby equipment | XX | | | 0.00 |
| 9  Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | XX | | | 0.00 |
| 10  Annuities Itemize and name each issuer | XX | | | 0.00 |

In re  Holliday, Heather                    Case No _____
                   Debtor                                      (If known)

# SCHEDULE B—PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Itemize | XX | | | 0.00 |
| 12 Stock and interests in incorporated and unincorporated businesses Itemize | XX | | | 0.00 |
| 13 Interests in partnerships or joint ventures Itemize | XX | | | 0.00 |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments | XX | | | 0.00 |
| 15 Accounts receivable | XX | | | 0.00 |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars | XX | | | 0.00 |
| 17 Other liquidated debts owing debtor including tax refunds Give particulars | XX | | | 0.00 |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | XX | | | 0.00 |
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | XX | | | 0.00 |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | XX | | | 0.00 |
| 21 Patents, copyrights, and other intellectual property Give particulars | XX | | | 0.00 |
| 22 Licenses, franchises, and other general intangibles Give particulars | XX | | | 0.00 |

In re _____      Case No _____
    Holliday, Heather                              (If known)
      Debtor

# SCHEDULE B—PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | **1995 Dodge Caravan** | | **2,425.00** |
| 24 Boats, motors, and accessories | XX | | | 0.00 |
| 25 Aircraft and accessories | XX | | | 0.00 |
| 26 Office equipment furnishings, and supplies | XX | | | 0.00 |
| 27 Machinery, fixtures, equipment, and supplies used in business | XX | | | 0.00 |
| 28 Inventory | XX | | | 0.00 |
| 29 Animals | XX | | | 0.00 |
| 30 Crops-growing or harvested Give particulars | XX | | | 0.00 |
| 31 Farming equipment and implements | XX | | | 0.00 |
| 32 Farm supplies, chemicals, and feed | XX | | | 0.00 |
| 33 Other personal property of any kind not already listed Itemize | XX | | | 0.00 |

Total ▶ | $ 2,725.00

_____ continuation sheets attached

(Include amounts from any continuation sheets attached Report total also on Summary of Schedules )

In re _____          Case No _____
        Holliday, Heather                                    (If known)
                Debtor

# SCHEDULE C—PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under

(Check one box)

☐ 11 U S C § 522(b)(1)   Exemptions provided in 11 U S C § 522(d)  Note  These exemptions are available only in certain states.

☐ 11 U S C § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local laws  where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wages, earned & unpais | FS 222.11 | 0.00 | 0.00 |
| 1689 Westcott St SE Palm Bay, FL 32909 Homestead | FC 10-4 | 90,000.00 | 90,000.00 |
| Misc household goods, furniture & furnishings | FC 10-4 | 200.00 | 200.00 |
| Misc wearing apparel | FC 10-4 | 100.00 | 100.00 |
| 1995 Dodge Caravan | FC 10-4 & FS 222.25(1) | 0.00 | 2,425.00 |

In re _____　　　　　Case No _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D—CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests List creditors in alphabetical order to the extent practicable If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO　0000465987<br><br>Mortgage America<br>PO Box 43500<br>Birmingham, AL<br>35243-0500 | | | Mortgage secured by homestead<br><br><br>VALUE $　　90,000.00 | | | | 70,000.00 | 20,000.00 |
| ACCOUNT NO　1008<br><br>Southern Capital Corp<br>PO Box 361277<br>Melbourne, FL 32936 | | | Loan secured by motor vehicle<br><br><br>VALUE $　　2,425.00 | | | | 6,343.00 | 0.00 |
| ACCOUNT NO<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO<br><br><br><br> | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ▶　$ 76,343.00
(Total of this page)

Total ▶　$ 76,343.00
(Use only on last page)

(Report total also on Summary of Schedules )

In re _____          Case No. _____
              Debtor                                        (If known)

# SCHEDULE E—CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U.S.C  § 507(a)(2)

☐ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(3)

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S C  § 507(a)(4)

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ Deposits by individuals
Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6).

☐ Alimony, Maintenance, or Support
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ Commitments to Maintain the Capital of an Insured Depository Institution
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____ continuation sheets attached

In re _____          Case No _____
                Debtor                                    (If known)

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  43886420273153 00<br><br>American Express<br>% Bruce E. Wagner, PA<br>PO Box 101175<br>Ft. Laud, FL 33310-1175 | | | | | | | 1,750.00 |
| ACCOUNT NO  529115202801<br><br>Capital One MC<br>% Capital One Bank<br>11011 W. Broad St.<br>GlenAllen,VA 23060-5937 | | | | | | | 1,750.00 |
| ACCOUNT NO  438864202731<br><br>Capital One VISA<br>% Capital One Bank<br>11011 W. Broad St.<br>GlenAllen,VA 23060-5937 | | | | | | | 1,800.00 |
| ACCOUNT NO  J80375<br><br>Capital One VISA<br>% NCO Financial Sys<br>PO Box 41567<br>Phil, PA 19101 | | | | | | | 1,750.00 |

_____ continuation sheets attached

Subtotal ▶ $ 7,050.00

Total ▶ $ Continued

(Report total also on Summary of Schedules )

In re _____     Case No _____
             Debtor                                    (If known)

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  22226110170464 4 <br><br>First Consumer<br>% Westmoreland Agency<br>PO Box 85523<br>Richmonda,VA 23286-9410 | | | | | | | 1,000.00 |
| ACCOUNT NO  2067371 <br><br>First Consumer<br>% Risk Mgmt Altern<br>PO Box 105431<br>Atlanta, GA 30348 | | | | | | | 1,000.00 |
| ACCOUNT NO  543362870289 <br><br>First Premier Bank<br>900 W. Delaware<br>SiouxFalls, SD 57104 | | | | | | | 500.00 |
| ACCOUNT NO  54336287028900 60 <br><br>First Premier Bank<br>% Arrow Financial Serv<br>5996 W. Touhy Ave<br>Niles, IL 60714 | | | | | | | 650.00 |
| ACCOUNT NO  531480115024 <br><br>Household Bank<br>PO Box 88000<br>Baltimore, MD<br>21288-0001 | | | | | | | 3,000.00 |

Sheet no ____ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $  6,150.00
(Total of this page)

Total ▶ | $  Continued
(Use only on last page of the completed Schedule F )
(Report total also on Summary of Schedules )

In re _____        Case No _____
                 Debtor                                    (If known)

# SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   Household85023 7 <br><br>Household Bank<br>% Midland Credit Mgmt<br>5775 Roscoe Ct.<br>San Diego, CA 92123 1350 | | | | | | | 3,500.00 |
| ACCOUNT NO   03-18397-0 <br><br>Midland Credit Mgmt<br>% Hayt, Hayt & Landau<br>7765 SW 87th Ave #101<br>Miami, FL 33173 | | | | | | | 3,000.00 |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO | | | | | | | |

Sheet no ____ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 6,500.00 |
| (Total of this page) | | |
| Total ▶ | $ | 19,700.00 |
| (Use only on last page of the completed Schedule F ) | | |

(Report total also on Summary of Schedules )

FORM B6G'

In re <u>Holliday, Heather</u>    Case No _____
                Debtor                              (If known)

# SCHEDULE G—EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property Include any time-share interests

State nature of debtor's interest in contract, i e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease

Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

☒ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

In re ___Holliday, Heather_____    Case No _____
              Debtor                                              (If known)

# SCHEDULE H—CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

FORM B6I

In re **Holliday, Heather** _____    Case No. _____
               Debtor                                                     (if known)

# SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| **Married** | NAMES | | AGE | RELATIONSHIP |
| | Hunter | | 3 years | Son |
| | Jessica | | 10 months | daughter |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Receptionist | n/a |
| Name of Employer | South Brevard Real Estate | |
| How long employed | 1.5 years | |
| Address of Employer | 1751 Sarno Rd #2 Melbourne FL | |

| Income. (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,140.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 2,140.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a Payroll taxes and social security | $ | 244.00 | $ | 0.00 |
| b Insurance | $ | 0.00 | $ | 0.00 |
| c Union dues | $ | 0.00 | $ | 0.00 |
| d Other (Specify                        ) | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 244.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,896.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income | $ | | $ | |
| (Specify) | $ | 0.00 | $ | 0.00 |
| (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,896.00 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME  $  **1,896.00**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

In re ~~**Holliday, Heather**~~
<sub>Debtor</sub>

Case No _____
<sub>(If known)</sub>

# SCHEDULE J—CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse"

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 577.00 |
| Are real estate taxes included?    Yes _____    No __**XXX**__ | | |
| Is property insurance included?    Yes _____    No __**XXX**__ | | |
| Utilities    Electricity and heating fuel | $ | 0.00 |
|             Water and sewer | $ | 0.00 |
|             Telephone | $ | 50.00 |
|             Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 30.00 |
| Food | $ | 300.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ | 60.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|             Homeowner's or renter's | $ | 0.00 |
|             Life | $ | 15.00 |
|             Health | $ | 0.00 |
|             Auto | $ | 150.00 |
|             Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|             Auto | $ | 325.00 |
|             Other | $ | 0.00 |
|             Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 200.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,907.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | |
|---|---|
| A  Total projected monthly income | $ |
| B  Total projected monthly expenses | $ |
| C  Excess income (A minus B) | $ |
| D  Total amount to be paid into plan each | $ |
| <div align="center">(interval)</div> | |

In re _____          Case No. _____
       Holliday, Heather                                    (If known)
              Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information, and belief     (Total shown on summary page plus 1 )

Date  _3-26-04_                        Signature· _Heather N Holliday_
                                                          Debtor

Date  _____      Signature _____
                                                   (Joint Debtor, if any)

(If joint case, both spouses must sign )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U S C § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

Express Legal Services, Inc.
by Candice L. Miravalle Pres                        592847502/387640184
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No
129 W Hibiscus Blvd.
Melbourne FL 32901

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X_____                    _3/26/04_
Signature of Bankruptcy Petition Preparer                   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1 )

Date  _____      Signature _____

                                                _____
                                                (Print or type name of individual signing on behalf of debtor )

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

*Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571*

Form 7. STATEMENT OF FINANCIAL AFFAIRS

# United States Bankruptcy Court

DISTRICT OF

In re ___ **Middle** _____    Case No da _____
       **Holliday, Heather**           (If known)
    (name), Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1- 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19-25  If the answer to an applicable question is "None," mark the box labeled "None "  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  § 101

---

    1 Income from employment or operation of business

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the two years immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Indentify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

    AMOUNT                       SOURCE (if more than one)

    2002 – $8,000
    2003 – $21,230
    2004 – $4,280

---

    2 Income other than from employment or operation of business

None

XX

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

    AMOUNT                       SOURCE

FORM 7

3 Payments to creditors

None
☐

a  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**Monthly mortgage payment for homestead**
**Monthly loan payment for motor vehicle**

---

None

XX

b  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

XX

4  Suits and administrative proceedings, executions, garnishments and attachments

a  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None

XX

b  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

 None

**5  Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

 None

**6  Assignments and receiverships**

a  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

 None

b  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

 None

**7  Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8. Losses

None 

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

9 Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Express Legal Services, Inc.** **129 W. Hibiscus Blvd.** **Melbourne, FL 32901** | | $150.00 |

10 Other transfers

None 

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

11 Closed financial accounts

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|



**12 Safe deposit boxes**

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|



**13 Setoffs**

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|



**14 Property held for another person**

    List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|



**15 Prior address of debtor**

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME(S) USED | DATES OF OCCUPANCY |
|---|---|---|

 16  Spouses and Former Spouses

None

If the debtor resides or resided in a community property state, commonweath, or terntory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year penod immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

17  Environmental Information

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

 a  List the name and address of every site for which the debtor has received notice in wnting by a governmental unit that it may be liable

None

or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

 b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material

None

Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

 c  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the

None

debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18  Nature, location and name of business

None


a  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

| NAME | TAX PAYER I D NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

None


b  Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

| NAME | ADDRESS |
|------|---------|
|      |         |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case   A debtor who has not been in business within those six years should go directly to the signature page )*

19  Books, records and financial statements

None

a  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

NAME AND ADDRESS                                                         DATES SERVICES RENDERED

 None

b List all firms or individuals who within the i. . years immediately preceding the filing of this bank ,tcy case have audited the books of account and records, or prepared a financial statement of the debtor

NAME                            ADDRESS                            DATES SERVICES RENDERED

 None

c List all firms or individuals who at the time of commencement of this case were in possession of the books of account and records of the debtor If any of the books of account and records are not available, explain

NAME                            ADDRESS

 None

d List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS                        DATE ISSUED



20 Inventories

 None

a List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

                                                          DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY               INVENTORY SUPERVISOR           (Specify cost, market or other basis)

 None

b List the name and address of the person having possession of the records of each of the two inventories reported in a , above

                                     NAME AND ADDRESSES OF CUSTODIAN

DATE OF INVENTORY                                OF INVENTORY RECORDS

21  Current Partners, Officers, Directors and Shareholders

**None** 

a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

---

**None** 

b  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting or equity securities of the corporation

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**None** 

22  Former partners, officers, directors and shareholders

a  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

**None**

b  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

None 

23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case

|                                                           |                                         |                                                              |
| NAME & ADDRESS<br>OF RECIPIENT<br>RELATIONSHIP TO DEBTOR | DATE OF PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |

None 

24  Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

None 

25  Pension Funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date __3/26/2004__          Signature ___Heather J Holliday___
                            of Debtor

Date _____          Signature _____
                            of Joint Debtor
                            (if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

Express Legal Services, Inc.
by Candice L. Miravalle, Pres          592847502/387640184
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No

129 W. Hibiscus Blvd.
Melbourne FL 32901

Address _____

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document
If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____                                    __3/26/04__
Signature of Bankruptcy Petition Preparer                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief

Date _____          Signature _____

_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate a position or relationship to debtor ]*

_____ continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C § 152 and 3571*

## Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

UNITED STATES BANKRUPTCY COURT

Middle    DISTRICT OF    Florida

Case No _____

In re __Heather Holliday_____, Chapter _____
                    Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1  I, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2  I intend to do the following with respect to the property of the estate which secures those consumer debts

a  *Property to Be Surrendered*

**Description of Property**                          **Creditor's name**

None

b  *Property to Be Retained*                        *(Check any applicable statement )*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c |
|---|---|---|---|---|
| Homestead real property | Mortgage America | | | XXXX |
| 1995 dodge Caravan | Southern Capital Corp | | | XXXX |

Date: __3/26/2004__

_Heather H Holliday_
Signature of Debtor

------------------------------------------------------------

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U S C § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

Express Legal Services, Inc.
__by Candice L. Miravalle, Pres__          __592847502/387640184__
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No

129 W. Hibiscus Blvd.
Melbourne FL 32901 _____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____          __3/26/04__
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines imprisonment or both  11 U S C § 110, 18 U S C § 156*

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re: _____

_Heather Holliday_                                )
                                                  )
                                                  )        Case No.
                                                  )
        Debtor.                                   )
                                                  )
_____ )

### STATEMENT OF ASSISTANCE RECEIVED IN
### CONNECTION WITH THE FILING OF THIS CASE

---

**\*\*\* NOTICE TO ALL DEBTORS \*\*\***

**This Court has entered** an Order that determined that a reasonable fee to be charged by a non-lawyer providing assistance in preparing a bankruptcy case for filing is $50.00.  If the non-lawyer is required to make changes to the paperwork to be filed through no fault of its own, an additional, reasonable fee can be charged.  However, in no event may the fees charged by a non-lawyer exceed $100.00.  In re Cochran, 164 B.R. 366 (Bankr. M.D. Fla. 1994).

---

_____     **I (we)** did not receive any assistance in preparing this case for filing.

___xx___       **I (we)** did receive assistance in preparing this case for filing.

1.   The person or firm that assisted is:

     Name:  _Express Legal Services, Inc._

     Address:  _129 W. Hibiscus Blvd_

     _____ _Melbourne FL 32901_

     Telephone: _321-729-6399_

2.   I (we) paid the sum of $ _150.00_

3.   I (we) still owe the sum of $ _.00_

4.   I (we) agreed to turn over or give a security interest in the following property:
     _n/a_

I (we) _Heather Holliday_, the debtor, do hereby declare under penalty of perjury that the statements made above are true and correct, and that we have read and understand the notice to debtors included above.

Signed, this _26_ day of _March_, 200_4_, at Orlando, Florida.

_Heather Holliday_

_____          _____
Telephone Number                        Debtor(s)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

IN RE:

*Hartha Holliday*

    Debtor(s).

CASE NO. _____

_____/

## BANKRUPTCY PETITION PREPARER DECLARATION

Pursuant to 11 USC, Section 110, EXPRESS LEGAL SERVICES, INC.
declares, under penalty of perjury, that:

1. It is not an attorney or employee of an attorney;

2. It caused to be prepared all of the documents for
   filing by the above-named debtor(s) in connection
   with this bankruptcy case;

3. The total compensation paid by debtor(s) to EXPRESS
   LEGAL SERVICES, INC. within one year before filing
   of the bankruptcy petition for the services rendered
   on behalf of debtor(s) in connection with the
   bankruptcy case is $150 .00; no balance is due;

4. The foregoing is the complete agreement for payment
   and for services provided by EXPRESS LEGAL SERVICES,
   INC. for debtor(s) in this bankruptcy case;

5. To the best of its knowledge, no bankruptcy petition
   preparer, other than EXPRESS LEGAL SERVICES, INC.,
   prepared, for compensation, the documents for filing
   in connection with this bankruptcy case;

6. A copy of this document has been furnished to
   debtor(s).

EXPRESS LEGAL SERVICES, INC.
129 W. Hibiscus Blvd. #A
Melbourne, FL 32901
(407) 729-6399
FEI #59-2847502

by: _____
    Candice L. Miravalle
    President